UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HERBERT R. PINEDA,                              :
                                                :
             Plaintiff,             :         **ORDER**
                                                :
   -against-                                   :         20-CV-8213 (KNF)
                                                :
DENNIS VELEZ and R&F TRANSPORTATION              :
CO. INC.,                    :                  :
                                                :
            Defendants.            :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on December 3, 2020, 2020, at 10:00 a.m. All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated:  New York, New York        SO ORDERED:
          November 23, 2020

                                                    _/s/ Kevin Nathaniel Fox_
                                                  KEVIN NATHANIEL FOX
                                                  UNITED STATES MAGISTRATE JUDGE