UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HERBERT R. PINEDA,                              :
                                                :
               Plaintiff,               :        ORDER
                                                :
    -against-                                 :        20-CV-8213 (KNF)
                                                :
DENNIS VELEZ and R & F TRANSPORTATION           :
CO., INC.,                                      :
                                                :
               Defendants.              :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A telephonic conference was held with counsel to the respective parties on December 3, 2020. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. all discovery, of whatever nature, be initiated so as to be completed on or before June 11, 2021;

2. the last date on which to amend pleadings will be December 14, 2020;

3. the last date on which to join additional parties will be December 14, 2020;

4. a telephonic status conference will be held with the parties on May 5, 2021, at 10:00 a.m. The parties shall use dial in (888) 557-8511 and enter access code 4862532;

5. any dispositive motion shall be filed on or before July 12, 2021;

6. the response to any such motion and any reply must be made in accordance with Local Civil Rule 6.1 of this court; and

7. if no dispositive motion is made, the parties shall submit their joint pretrial order to the Court on or before July 12, 2021. That document must conform to the

requirements for such an order that are found in the Court's Individual Rules of Practice.

Dated: New York, New York                    SO ORDERED:
       December 3, 2020

*/s/ Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE